United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MID-CENTURY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>XEROX CORPORATION,<br><br>Defendant. | Case No. 18-cv-04302-JSW<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 19 |

On November 9, 2018, the parties appeared for the initial case management conference. The Court ordered the parties to submit a stipulation and proposed order selecting and Alternative Dispute Resolution process by November 16, 2018. The parties did not comply with that deadline. Accordingly, the parties each are ORDERED TO SHOW CAUSE why the Court should not impose sanctions in the amount of $250.00 for their failure to comply with the deadline set by the Court on November 9, 2018. The parties' responses to this Order to Show Cause shall be due by November 30, 2018. Filing the stipulation and proposed order shall not be a sufficient response. The parties must explain their failure to comply with the Court's deadline.

**IT IS SO ORDERED.**

Dated: November 19, 2018

_____
JEFFREY S. WHITE
United States District Judge